**KAUFMAN DOLOWICH SCHNEIDER BIANCO & VOLUCK LLP**
KATHERINE S. CATLOS, SB#184227
ABRAHAM J. YACOBIAN, SB#235145
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendants
ASC ENTERPRISES, INC. dba MCDONALD'S #25793;
MCDONALD'S CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASC ENTERPRISES, INC. dba MCDONALD'S #25793; MCDONALD'S CORPORATION; MICNAN, LLC,<br><br>    Defendants. | Case No.:  2:06-CV-02419-DFL-DAD<br><br>**JOINT STIPULATION TO CONTINUE LAST DAY TO FILE ANSWER AND ORDER** |

   Plaintiff JAMES STANFORD and Defendants, ASC ENTERPRISES, INC. dba MCDONALD'S #25793, MCDONALD'S CORPORATION and MICNAN, LLC hereby Stipulate that Defendants be provided with a two week extension in which to respond to the Complaint.  The extension will allow the parties to engage in meaningful settlement discussions.  The responsive pleading is now due on or before December 21, 2006.

   IT IS SO STIPULATED.

                              Disabled Advocacy Group, APLC


11/30/2006                   /s/_____
Dated:                       Matt Emmett
                             Attorneys for Plaintiff
                             James Sanford

- 1 -

Sanford v. ASC Enterprises, Inc., dba McDonald's

        Kaufman Dolowich Schneider Bianco & Voluck LLP

11/29/2006        /s/_____
Dated:             Katherine S. Catlos
                  Attorneys for Defendants
                  ASC Enterprises, Inc., dba McDonald's #25793;
                  McDonald's Corporation


        Porter Scott Weiberg & Delehant


11/29/2006        /s/_____
Dated:            Jennifer E. Dugan
                  Attorneys for Defendant
                  Micnan, LLC

    IT IS SO ORDERED

    Defendants' Responsive Pleading is due on or before December 21, 2006.


December 11, 2006      /s/ David F. Levi____
Dated:            Judge David F. Levi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

Sanford v. ASC Enterprises, Inc., dba McDonald's