**KAUFMAN DOLOWICH SCHNEIDER BIANCO & VOLUCK LLP**
KATHERINE S. CATLOS, SB#184227
ABRAHAM J. YACOBIAN, SB#235145
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Defendants
ASC ENTERPRISES, INC. dba MCDONALD'S #25793;
MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASC ENTERPRISES, INC. dba MCDONALD'S #25793; MCDONALD'S CORPORATION; MICNAN, LLC,<br><br>    Defendants. | Case No.:  2:06-CV-02419-DFL-DAD<br><br>**JOINT STIPULATION TO CONTINUE LAST DAY TO FILE ANSWER AND** |

    Plaintiff JAMES STANFORD and Defendants, ASC ENTERPRISES, INC. dba MCDONALD'S #25793, MCDONALD'S CORPORATION and MICNAN, LLC hereby Stipulate that Defendants be provided with another two week extension in which to respond to the Complaint.  The extension will allow the parties to engage in meaningful settlement discussions.  The responsive pleading is now due on or before January 5, 2006.

    IT IS SO STIPULATED.

                        Disabled Advocacy Group, APLC

_____                                    _____
Dated:                                         Matt Emmett
                                               Attorneys for Plaintiff
                                               James Sanford

- 1 -

Sanford v. ASC Enterprises, Inc., dba McDonald's

|   |   |
|---|---|
|   | Kaufman Dolowich Schneider Bianco & Voluck LLP |

_____          _____
Dated:                   Katherine S. Catlos
                         Attorneys for Defendants
                         ASC Enterprises, Inc., dba McDonald's #25793;
                         McDonald's Corporation


                         Porter Scott Weiberg & Delehant


_____          _____
Dated:                   Jennifer E. Dugan
                         Attorneys for Defendant
                         Micnan, LLC

    IT IS SO ORDERED

    Defendants' Responsive Pleading is due on or before January 5, 2006.


January 8, 2007          /s/ David F. Levi____
Dated:                   Judge David F. Levi

Sanford v. ASC Enterprises, Inc., dba McDonald's