IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | CIV. NO. S-06-2419 DFL DAD |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| ASC ENTERPRISES, INC., dba McDONALD'S #25793, et al., | |
| Defendants. | |

The court has been advised by plaintiff's attorney, Lynn Hubbard III, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than February 23, 2007; and

//

//

1

1     2.   That all hearing dates previously set in this matter
2 are vacated.
3     IT IS SO ORDERED.
4 Dated: 1/15/2007

                                       _____
                                       DAVID F. LEVI
                                       United States District Judge

2