1  MARK EMMETT, SBN 182053
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12 | JAMES SANFORD,                      | Case No. CIV. S-06-02419-DFL-DAD
13 |     Plaintiff,                      |
14 | v.                                  | **STIPULATION OF DISMISSAL AND ORDER THEREON**
15 | ASC ENTERPRISES, INC. dba           |
   | McDONALD'S #25793; McDONALD'S       |
16 | CORPORATION; MICNAN, LLC,           |
17 |     Defendant.                      |
18 | _____/   |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, ASC ENTERPRISES, INC. dba McDONALD'S #25793; McDONALD'S CORPORATION; and MICNAN, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: January 29, 2007                      DISABLED ADVOCACY GROUP, APLC


                                             /s/ Mark Emmett
                                             MARK EMMETT
                                             Attorney for Plaintiff


Dated: January 19, 2007                      FARELLA BRAUN & MARTEL, LLP


                                             /s/ Peter Modlin
                                             PETER MODLIN
                                             Attorney for Defendant McDonald's Corporation


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02419-DFL-DAD, is hereby dismissed with prejudice.


Dated: 01/31/2007                            /s/ David F. Levi
                                             United States District Court Judge